UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>REYNAGA, et al.,<br><br>　　　　Defendants. | Case No. 1:16-cv-00239-LJO-MJS (PC)<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT WITH LEAVE TO AMEND**<br><br>**(ECF No. 14)**<br><br>**ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND**<br><br>**(ECF No. 22)**<br><br>**ORDER DENYING MOTION REQUESTING INVESTIGATION**<br><br>**(ECF No. 19)**<br><br>**ORDER DENYING MOTION AS TO EVIDENCE**<br><br>**(ECF No. 21)**<br><br>**THIRTY (30) DAY DEADLINE TO FILE AMENDED COMPLAINT** |

### I.　Procedural History

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The Court dismissed Plaintiff's complaint for failure to state a claim, but gave leave to amend. (ECF No. 12.) His first

amended complaint, filed June 15, 2016, is before the Court for screening. (ECF No. 14.)

On August 12, 2016, Plaintiff filed a "Motion Requesting Investigation." (ECF No. 19.) Therein, he sought to add additional facts to his complaint and asked the Court to join additional defendants. He also asked the Court to investigate the defendants.

On September 6, 2016, Plaintiff lodged a proposed amended complaint. (ECF No. 20.)

On September 21, 2016, Plaintiff filed a "Motion as to Evidence," seeking to submit evidence in support of his complaint. (ECF No. 21.)

On October 3, 2016, Plaintiff filed a motion seeking to dismiss his complaint with leave to amend so that he could include all of his claims in a single complaint. (ECF No. 22.)

**II.     Motion to Dismiss with Leave to Amend**

An amended complaint must be complete within itself, without reference to other pleadings. Local Rule 220; Lacey v. Maricopa County, 693 F.3d 896, 907 n.1 (9th Cir. 2012) (en banc). Therefore, Plaintiff may not proceed on discrete claims set forth in his various amended complaints and motions. The Court will grant Plaintiff's motion to dismiss with leave to amend. Plaintiff's first amended complaint will be dismissed. His lodged amended complaint will not be filed. Plaintiff will be given leave to file a second amended complaint that contains all of his claims against all of the defendants he seeks to sue in this action.

Plaintiff is reminded that Plaintiff may not bring unrelated claims against unrelated parties in a single action. Fed. R. Civ. P. 18(a), 20(a)(2); Owens v. Hinsley, 653 F.3d 950, 952 (7th Cir. 2011); George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007). Plaintiff may bring a claim against multiple defendants so long as (1) the claim arises out of the same transaction or occurrence, or series of transactions and occurrences, and (2) there are common questions of law or fact. Fed. R. Civ. P. 20(a)(2); Coughlin v. Rogers, 130 F.3d 1348, 1351 (9th Cir. 1997); Desert Empire Bank v. Insurance Co. of

2

North America, 623 F.2d 1371, 1375 (9th Cir. 1980). Only if the defendants are properly joined under Rule 20(a) will the Court review the claims to determine if they may be joined under Rule 18(a), which permits the joinder of multiple claims against the same party.

### III. Motion Requesting Investigation

Plaintiff's request for the Court to investigate Defendants is outside the scope of this litigation and will be denied.

### IV. Motion as to Evidence

At the pleading stage, the Court must accept Plaintiff's allegations as true. Plaintiff is not required to submit evidence in support of his contentions. Indeed, parties may not file evidence with the Court until the course of litigation brings the evidence into question (for example, on a motion for summary judgment, at trial, or when requested by the Court). Presently, Plaintiff's complaint is pending screening, no motions for summary judgment are before the Court, and no trial date has been set. In this circumstance, the Court cannot and will not serve as a repository for Plaintiff's evidence (e.g., prison or medical records, affidavits, declarations, etc.). Plaintiff's "Motion as to Evidence" will be denied.

### V. Order

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion to dismiss with leave to amend (ECF No. 22) is GRANTED;
2. Plaintiff's first amended complaint (ECF No. 14) is DISMISSED;
3. Within thirty (30) days from the date of service of this order, Plaintiff must file a second amended complaint or a notice of voluntary dismissal;
4. If Plaintiff fails to file an amended complaint or notice of voluntary dismissal, the undersigned will recommend this action be dismissed, with prejudice, for failure to comply with a court order and failure to state a claim.

5. Plaintiff's Motion Requesting Investigation (ECF No. 19) is DENIED; and

6. Plaintiff's Motion as to Evidence (ECF No. 21) is DENIED.

IT IS SO ORDERED.

Dated:   November 18, 2016          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE