UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK,<br><br>        Plaintiff,<br><br>   v.<br><br>REYNAGA, et al.,<br><br>        Defendants. | CASE NO. 1:16-cv-00239-LJO-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF**<br><br>**(ECF Nos. 15, 30)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. No other parties have appeared in the action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On January 17, 2017, the Magistrate Judge issued findings and a recommendation to deny Plaintiff's motion for injunctive relief. (ECF No. 30.) Plaintiff filed no objections, and the time for doing so has passed.[1]

---

[1] On February 6, 2017, Plaintiff filed a motion for extension of time. (ECF No. 32.) Although docketed as a request for an extension of time to file objections, the motion in fact requests only an extension of time to file an amended complaint.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendation to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED that:

1. The findings and recommendations issued by the Magistrate Judge on January 17, 2017 (ECF No. 30) are adopted in full; and
2. Plaintiff's motion for injunctive relief (ECF No. 15) is DENIED.
3.

IT IS SO ORDERED.

Dated: **February 28, 2017**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE

4.