| | |
|---|---|
| | |

<div style="columns:2">

| | |
|---|---|
| | |

</div>

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PATRICK, | Case No. 1:16-cv-00239-LJO-JDP (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR PERMISSION TO FILE ELECTRONICALLY OR VIA EMAIL |
| v. | |
| REYNAGA, *et al.*, | (Doc. No. 63) |
| Defendants. | |

Plaintiff Nicholas Patrick is a former federal prisoner proceeding pro se and *in forma pauperis* with this civil action. He seeks the court's permission to file documents (1) electronically through the electronic case management/filing ("CM/ECF") system or (2) via email with the clerk of court. The Local Rules generally require pro se parties to file and serve paper documents. *See* E.D. Cal. Local Rule 133(a). A pro se litigant may request an exception to this requirement by filing a joint stipulation or by "written motion[] setting out an explanation of reasons for the exception." E.D. Cal. Local Rule 133(b)(2), (3). No provision of the Local Rules allows parties, attorneys or otherwise, to file documents via email with the clerk of court.

Although plaintiff has filed a "Request to participate in the CM/ECF system," this filing contains no explanation for or justification of his request for access to the electronic filing system. (Doc. No. 63.) Plaintiff has not filed a stipulation of the parties agreeing to electronic filing. Plaintiff also has not identified any authority supporting his request to file documents via email.

1

The undersigned therefore finds no basis to deviate from the default requirement that pro se parties file and serve paper documents. Plaintiff's request (Doc. No. 63) is denied, subject to renewal upon a showing of sufficient reason to justify an exception under Local Rule 133(b)(2).

IT IS SO ORDERED.

Dated: June 29, 2018

_____
UNITED STATES MAGISTRATE JUDGE